## ALFRED GREGORY

*v.*

## LEGRAND L. WELLS.

1. TENDER—*after suit.* In a suit to recover unliquidated damages for breach of contract, the defendant filed a plea averring a tender of money after suit brought, to which the court sustained a demurrer : *Held*, that the plea was not a good defense, either at common law or under our statute.

WRIT OF ERROR to the Circuit Court of Iroquois County; the Hon. CHARLES R. STARR, Judge, presiding.

Messrs. ROFF & DOYLE, for the plaintiff in error.

Mr. JUSTICE THORNTON delivered the opinion of the Court:

This suit was instituted upon a written contract to deliver corn, and damages are claimed for its breach.

A plea of tender was interposed, averring a tender of money after the commencement of the suit, to which a demurrer was sustained.

---

The damages to be recovered were for a breach of the contract, and were unliquidated.

In such case this court has decided, in *Cilley* v *Hawkins*, 48, Ill. 309, that a plea of tender is not a good plea, either at common law or under our statute.

The demurrer was properly sustained and the judgment is affirmed.

*Judgment affirmed.*